**Keith Duane ARLINE, JR.,**
**Plaintiff-Appellant,**

**v.**

**G.J. JANDA, Associate Warden; et al., Defendants-Appellees.**

**No. 15-55294**

United States Court of Appeals,
Ninth Circuit.

Submitted July 26, 2016 *

FILED August 03, 2016

Keith Duane Arline, Jr., PBSP—Pelican Bay State Prison, Crescent City, CA, for Plaintiff-Appellant

John Paul Walters, II, Esquire, AGCA—Office of the Attorney General, San Diego, CA, for Defendants-Appellees

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges

**MEMORANDUM ****

California state prisoner Keith Duane Arline, Jr., appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging a due process claim arising from a disciplinary hearing. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004), and we affirm.

The district court properly granted summary judgment because Arline failed to raise a genuine dispute of fact as to whether defendant Powell's findings were not supported by some evidence. *See Superintendent v. Hill*, 472 U.S. 445, 455, 105 S.Ct. 2768, 86 L.Ed.2d 356 (1985) (requirements of due process are satisfied if "some evidence" supports the disciplinary decision); *see also Wolff v. McDonnell*, 418 U.S. 539, 563–70, 94 S.Ct. 2963, 41 L.Ed.2d 935 (1974) (setting forth due process requirements for prison disciplinary proceedings).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.